| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael L Hahn** <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5804 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** <br> Case number:   **22–25043   RKM** | | Date case filed for chapter **7:   12/29/22** |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael L Hahn | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1688 West 2100 South <br> Ogden, UT 84401 | |
| 4. | **Debtor's attorney** <br> Name and address | Derek B. Beutler <br> Beutler Law <br> 1218 West South Jordan Parkway <br> Suite C <br> South Jordan, UT 84095 | Contact phone 801–657–5040 <br> Email: jennelle@beutler–law.com |
| 5. | **Bankruptcy trustee** <br> Name and address | David L. Miller tr <br> P.O. Box 9 <br> Farmington, UT 84025–0009 | Contact phone (801) 447–8777 <br> Email: davidlmillerpc@msn.com |

Official Form 309A (For Individuals or Joint Debtors)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**
Date Generated: 1/3/23                                                                                                                                    **For more information, see page 2 >**

Debtor **Michael L Hahn**                                                                                                          Case number **22–25043**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**January 25, 2023 at 01:00 PM**<br><br>Location:<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 363–3850, Enter Meeting ID 588 866 9179, and Passcode 3882695630** |
| | | For additional meeting information go to https://www.justice.gov/ust/moc | |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 3/27/23 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

District of Utah

In re: Case No. 22-25043-RKM

Michael L Hahn  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 2
Date Rcvd: Jan 03, 2023     Form ID: 309A     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael L Hahn, 1688 West 2100 South, Ogden, UT 84401-0216 |
| 12140106 | + | APG Financial, 3213 Wall Avenue, Ogden, UT 84401-3808 |
| 12140109 | + | EPIC Emergency Physicians, PO Box 96398, Oklahoma City, OK 73143-6398 |
| 12140113 | + | Express Recovery Services INC, 2480 South Main Street, Ste. 208, Salt Lake City, UT 84115-3058 |
| 12140119 | + | Law Office of Edwin B Parry, PO Box 25727, Salt Lake City, UT 84125-0727 |
| 12140120 | + | Law Office of Gregory Constantino, 8537 South Redwood Road, West Jordan, UT 84088-4806 |
| 12140121 | + | Mark C. Geddes DDS, 1220 33rd Street, Suite B, Ogden, UT 84403-1381 |
| 12140127 | + | Mountain States Pulmonary Critical Care, PO Box 150627, Ogden, UT 84415-0627 |
| 12140128 | + | Ogden City Ambulance, 2186 Lincoln Avenue, Ogden, UT 84401-1343 |
| 12140130 | + | Revere Health, PO Box 27928, Salt Lake City, UT 84127-0928 |
| 12140133 | + | Summit Financial Holdings LLC, 8537 South Redwood Road, Suite D, West Jordan, UT 84088-5713 |
| 12140132 | + | Summit Financial Holdings LLC, 10421 South Jordan Gateway, Suite #600, South Jordan, UT 84095-3902 |
| 12140134 | + | Tanner Clinic, 2121 N 1700 W, Layton, UT 84041-1185 |
| 12140135 | + | Tanner Clinic, 2121 North 1700 West, Layton, UT 84041-1185 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jennelle@beutler-law.com | Jan 04 2023 02:55:00 | Derek B. Beutler, Beutler Law, 1218 West South Jordan Parkway, Suite C, South Jordan, UT 84095 |
| tr | | EDI: FDLMILLER.COM | Jan 04 2023 07:59:00 | David L. Miller tr, P.O. Box 9, Farmington, UT 84025-0009 |
| 12140107 | + | Email/Text: banko@bonncoll.com | Jan 04 2023 02:56:00 | Bonneville Collections, 6026 Fashion Point Drive, Ogden, UT 84403-4851 |
| 12140110 | + | Email/Text: bankruptcy@expressrecovery.com | Jan 04 2023 02:56:00 | Express Recovery Services, 2790 Decker Lake Dr, Salt Lake City, UT 84119-2057 |
| 12140116 | | Email/Text: jmontoya@gwcu.org | Jan 04 2023 02:56:00 | Goldenwest Credit Union, 147 26th Street, Ogden, UT 84401-3495 |
| 12140115 | + | Email/Text: jmontoya@gwcu.org | Jan 04 2023 02:56:00 | Goldenwest Credit Union, 5025 South Adams Avenue, Ogden, UT 84403-4127 |
| 12140118 | + | EDI: IRS.COM | Jan 04 2023 07:59:00 | IRS, 178 S Rio Grande St, Salt Lake City, UT 84101-1501 |
| 12140117 | | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Jan 04 2023 02:56:00 | Intermountain Healthcare Financial Servi, PO Box 30193, Salt Lake City, UT 84130-0193 |
| 12140123 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jan 04 2023 02:56:00 | Medical Revenue Service, P.O. Box 1940, Melbourne, FL 32902-1940 |
| 12140124 | + | EDI: PARALONMEDCREDT | Jan 04 2023 07:59:00 | Medicredit Inc, PO Box 1629, Maryland Heights, MO 63043-0629 |
| 12140125 | + | Email/Text: wendy@mountainlandcollections.com | Jan 04 2023 02:56:00 | Mountain Land Collection, PO Box 1280, American Fork, UT 84003-6280 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 12140129 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2023 03:08:19 | Ogden Regional Medical Center, PO Box 1927, Greenville, SC 29602-1927 |
| 12140108 | | Email/Text: smgutahbankruptcycourt@steward.org | Jan 04 2023 02:55:00 | Davis Hospital and Medical Center, PO Box 27012, Salt Lake City, UT 84127 |
| 12140131 | | Email/Text: amieg@stcol.com | Jan 04 2023 02:56:00 | State Collection Service Inc, P.O Box 6250, Madison, WI 53716-0250 |
| 12140136 | + | EDI: UTAHTAXCOMM.COM | Jan 04 2023 07:59:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12140122 | | McKay-Dee Hospital, 4401 Harrison Blvd, UT 84030 |
| 12140111 | *+ | Express Recovery Services, 2790 Decker Lake Drive, Salt Lake City, UT 84119-2057 |
| 12140112 | *+ | Express Recovery Services, 2790 Decker Lake Dr, Salt Lake City, UT 84119-2057 |
| 12140114 | *+ | Express Recovery Services INC, 2480 South Main Street, Ste. 208, Salt Lake City, UT 84115-3058 |
| 12140126 | *+ | Mountain Land Collection, PO Box 1280, American Fork, UT 84003-6280 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Miller tr | davidlmillerpc@msn.com dlm50@trustesolutions.net |
| Derek B. Beutler | on behalf of Debtor Michael L Hahn jennelle@beutler-law.com derek@beutler-law.com;lawbr98184@notify.bestcase.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3